# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CASE NO.: 5:25-cr-01951 |
| § | |
| ALEJANDRO "ALEX GUTIERREZ § | |

## NOTICE OF APPEARANCE OF RETAINED COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes ADAM C. CORTEZ and hereby files this appearance as retained counsel for ALEJANDRO "ALEX" GUTIERREZ. Defendant ALEJANDRO "ALEX" GUTIERREZ has retained ADAM C. CORTEZ to serve as counsel in this case.

Respectfully Submitted,

THE CORTEZ LAW FIRM
1202 South Alamo Street
San Antonio, Texas 78210
Telephone No.: (210) 273-2277
Facsimile  No.: (210) 504-1523
adam@cortezlawfirm.com

By:   **/s/ Adam C. Cortez**
ADAM C. CORTEZ
State Bar No.: 04844650

## CERTIFICATE OF SERVICE

I certify that I have on this 22nd day of January 2026, delivered a true and correct copy of the foregoing to all parties and counsel of record via the ECF filing system.

**/s/ Adam C. Cortez**
ADAM C. CORTEZ